Toy R. Fields, SBN 137323
TOY FIELDS LAW GROUP
1801 Century Park East, 24th Floor
Century City, California 90067
Telephone (310) 556-9689
Facsimile (310) 756-0664
Email: Toy@ToyFieldsLawGroup.com

Attorneys for Defendant
T-Y Nursery, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO AND EUGENIO AGUILAR PAZ, <br><br> Plaintiffs, <br><br> vs. <br><br> T-Y NURSERY, INC., STATEWIDE LABOR CORPORATION; and DOES 1-10, inclusive; <br><br> Defendants. | No. 13CV3126 JM BGS <br><br> STIPULATION TO EXTEND TIME FOR DEFENDANTS T-Y NURSERY, INC. AND STATEWIDE LABOR CORPORATION TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS; [PROPOSED] ORDER <br><br> Complaint Served: <br>   T-Y NURSERY, INC. and STATEWIDE LABOR CORPORATION: 3/3/2014 <br> Current Response Date: <br>   T-Y NURSERY, INC. and STATEWIDE LABOR CORPORATION: 3/24/2014 <br> New Response Date: <br>   T-Y NURSERY, INC. and STATEWIDE LABOR CORPORATION: 4/23/2014 |

**WHEREAS,** the answer or an appearance of defendants T-Y NURSERY, INC. and STATEWIDE LABOR CORPORATION (jointly referred to as "Defendants") is due on March 24, 2014;

**WHEREAS,** counsel for Defendant, STATEWIDE LABOR CORPORATION, has been out of town and requires additional time to complete the investigation of the allegations in Plaintiff's Complaint;

*Victor Guerrero, et al. v. T-Y Nursery, Inc., et al.*
Stipulation to Extend Time to Respond to Initial Complaint; [Proposed] Order

Page 1

| | | |
|---|---|---|
| 1 | | **WHEREAS,** both counsel for Defendants, and Plaintiff's counsel, would like to have the opportunity to meet and confer on the issues raised in Plaintiff's Complaint, to see if there is any chance to resolve or limit the claims made in Plaintiff's Complaint; |

1   **WHEREAS,** both counsel for Defendants, and Plaintiff's counsel, would like to have
2   the opportunity to meet and confer on the issues raised in Plaintiff's Complaint, to see if there is
3   any chance to resolve or limit the claims made in Plaintiff's Complaint;
4   **WHEREAS,** both counsel for Defendants, require additional time to properly evaluate
5   the case and prepare an appropriate response to Plaintiff's Complaint, to the extent that the
6   parties are not able to settle the case;
7   **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and
8   through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and
9   Local Rule 12-1, Defendants, may both have to and including April 23, 2014 to file a
10  responsive pleading in this matter. This extension of time is Defendants' first extension and
11  does not alter the date of any event or any deadline already fixed by Court order.

12  Date: March 20, 2014					CALIFORNIA RURAL LEGAL
13								ASSISTANCE, INC.

15								s/ Jennifer C. Bonilla
16								Jennifer C. Bonilla, Attorneys
								for Plaintiffs VICTOR GUERRERO and
17								EUGENIO AGUILAR PAZ
								Email: jbonilla@crla.org
18

19  Date: March 20, 2014					TOY FIELDS LAW GROUP

22								Toy R. Fields, Attorneys for
								Defendant T-Y NURSERY, INC.
23

24  Date: March 20, 2014					RIVERA CARBONE, P.C.

27								Javier Rivera Carbone, Attorneys for
								Defendant STATEWIDE LABOR
28

*Victor Guerrero, et al. v. T-Y Nursery, Inc., et al.*
Stipulation to Extend Time to Respond to Initial Complaint; [Proposed] Order

Page 2

WHEREAS, both counsel for Defendants, and Plaintiff's counsel, would like to have the opportunity to meet and confer on the issues raised in Plaintiff's Complaint, to see if there is any chance to resolve or limit the claims made in Plaintiff's Complaint;

WHEREAS, both counsel for Defendants, require additional time to properly evaluate the case and prepare an appropriate response to Plaintiff's Complaint, to the extent that the parties are not able to settle the case;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 12-1, Defendants, may both have to and including April 23, 2014 to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order.

Date: March 21, 2014                    CALIFORNIA RURAL LEGAL

                                        Jennifer C. Bonilla, Attorneys
                                        for Plaintiffs VICTOR GUERRERO and

Date: March 21, 2014                    TOY FIELDS LAW GROUP

                                        Toy R. Fields, Attorneys for
                                        Defendant T-Y NURSERY, INC.
                                        Email: toy@toyfieldslawgroup.com

Date: March 21, 2014                    RIVERA CARBONE, P.C.

                                        Defendant STATEWIDE LABOR
                                        Email: jrc@riveracarbone.com

*Victor Guerrero, et al. v. T-Y Nursery, Inc., et al.*
Stipulation to Extend Time to Respond to Initial Complaint; [Proposed] Order

Page 2