UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO and EUGENIO AGUILAR PAZ,<br><br>            Plaintiff,<br>v.<br><br>T-Y NURSERY, INC., STATEWIDE LABOR CORPORATION; AND DOES 1-10, inclusive,<br><br>            Defendants. | Case No.13cv3126 JM(BGS)<br><br>ORDER GRANTING EXTENSION OF TIME FOR T-Y NURSERY, INC. AND STATEWIDE LABOR CORPORATION TO RESPOND TO COMPLAINT |

Plaintiffs Victor Guerrero and Eugenio Aguilar Paz, together with Defendants T-Y Nursery, Inc. and Statewide Labor Corporation, by and through their respective counsel, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that defendants T-Y Nursery, Inc. and Statewide Labor Corporation shall have to and including April 23, 2014 within which to file their responsive pleading.

IT IS SO ORDERED.

DATED: April 2, 2014

                                                Hon. Jeffrey T. Miller
                                                United States District Judge