1  Toy R. Fields, SBN 137323
   TOY FIELDS LAW GROUP
2  1801 Century Park East, 24th Floor
   Century City, California 90067
3  Telephone (310) 556-9689
   Facsimile (310) 756-0664
4  Email:  Toy@ToyFieldsLawGroup.com

5  Roger Mansukhani, SBN 164463
   Christopher B. Cato, SBN 155324
6  Marita M. Lauinger, SBN 199242
   GORDON & REES LLP
7  101 West Broadway, Suite 2000
   San Diego, CA 92101
8  Telephone (619) 696-6700
   Facsimile: (619) 696-7124
9  Email:  rmansukhani@gordonrees.com
   Email:  ccato@gordonrees.com
10 Email:  mlauinger@gordonrees.com

11 Attorneys for Defendant
   T-Y Nursery, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, EUGENIO AGUILAR PAZ, FIDEL RAYO HERNANDEZ, and ARMANDO BAHUMAN GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>T-Y NURSERY, INC., STATEWIDE LABOR CORPORATION; and DOES 1-10, inclusive;<br><br>Defendants. | No. 13CV3126 JM BGS<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL<br><br>Judge: Jeffrey T. Miller |

1 **TO THE CLERK OF THE COURT, ALL PARTIES HEREIN AND**
2 **THEIR RESPECTIVE ATTORNEYS OF RECORD:**
3   **PLEASE TAKE NOTICE THAT** counsel for the Defendant, T-Y
4 Nursery, Inc., Toy R. Fields of the Toy Fields Law Group, hereby associates
5 Roger Mansukhani, Christopher B. Cato, and Marita M. Lauinger of Gordon &
6 Rees LLP, to act as co-counsel for Defendant, T-Y Nursery, Inc. for all purposes.
7 The address, telephone number, facsimile number and email address for Roger
8 Mansukhani, Christopher B. Cato, and Marita M. Lauinger of Gordon & Rees
9 LLP are as follows:

> Roger Mansukhani, SBN 137323
> Christopher B. Cato, SBN 155324
> Marita M. Lauinger, SBN 199242
> GORDON & REES LLP
> 101 West Broadway, Suite 2000
> San Diego, CA 92101
> Telephone (619) 696-6700
> Facsimile: (619) 696-7124
> Email: rmansukhani@gordonrees.com
> Email: ccato@gordonrees.com
> Email: mlauinger@gordonrees.com

  Please serve all notices, pleadings, and papers in this action on Gordon &
Rees LLP via ECF to rmansukhani@gordonrees.com, ccato@gordonrees.com,
and mlauinger@gordonrees.com.

I consent to the above association.

Dated: June _1_, 2014                    TOY FIELDS LAW GROUP

                                         By: _____
                                         Toy R. Fields, Attorneys for Defendant
                                         T-Y NURSERY, INC.
                                         toy@toyfieldslawgroup.com

1  Gordon & Rees LLP consents to the above association.
2
3  Dated: June ⁅2⁆, 2014
                                        GORDON REES LLP
4
5                                   By: _____
                                        Roger Mansukhani
6                                       Christopher B. Cato
                                        Marita M. Lauinger
7                                       Attorneys for Defendant
                                        T-Y NURSERY, INC.
8                                       rmansukhani@gordonrees.com
                                        ccato@gordonrees.com
9                                       mlauinger@gordonrees.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28