Ira L. Gottlieb (SBN 103236)
Jason Wojciechowski (SBN 263911)
BUSH GOTTLIEB, A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA  91203-3345
Tel.  (818) 973-3200 Fax (818) 973-3201

Attorneys for all Plaintiffs

Prairie Bly (SBN 257296)
Jennifer C. Bonilla (SBN 259614)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
640 Civic Center Drive, Suite 108
Vista, CA 92084
Tel. (760) 966-0511; Fax (760) 966-0291

Michael Meuter (SBN 161554)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Tel. (831) 757-5221; Fax (831) 757-6212

Attorneys for Plaintiffs VICTOR GUERRERO, EUGENIO AGUILAR PAZ, FIDEL RAYO HERNANDEZ, and ARMANDO BAHUMAN GONZALEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, EUGENIO AGUILAR PAZ, FIDEL RAYO HERNANDEZ, and ARMANDO BAHUMAN GONZALEZ, <br><br> Plaintiffs <br><br> vs. <br><br> T-Y NURSERY, INC., STATEWIDE LABOR CORPORATION; and DOES 1-10 Inclusive, <br><br> Defendants. | **CASE NO. 3:13-CV-03126-JM-BGS** <br><br> **Judge: Jeffrey T. Miller** <br><br> **JOINT MOTION FOR FILING OF SECOND AMENDED COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

1    IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that Plaintiffs may file a Second Amended Complaint, a copy of which is attached to this Stipulation.

DATED: November 6, 2014        BUSH GOTTLIEB, A Law Corporation


By: s/ Jason Wojciechowski
    JASON WOJCIECHOWSKI
Attorneys for Plaintiffs


DATED: November 6, 2014        RIVERA CARBONE, P.C.


By: s/ Javier Rivera-Carbone
    JAVIER RIVERA-CARBONE
Attorneys for Defendant Statewide Labor Corporation

DATED: November 6, 2014        TOY FIELDS LAW GROUP


By: s/ Toy Fields, III
    TOY FIELDS, III
Attorneys for Defendant T-Y Nursery, Inc.


IT IS SO ORDERED

DATED: _____, 2014


_____
JEFFREY T. MILLER
United States District Judge