1  Roger Mansukhani, SBN 164463
   Christopher B. Cato, SBN 155324
2  Marita M. Lauinger, SBN 199242
   GORDON & REES LLP
3  101 West Broadway, Suite 2000
   San Diego, CA 92101
4  Telephone (619) 696-6700
   Facsimile: (619) 696-7124
5  Email: rmansukhani@gordonrees.com
   Email: ccato@gordonrees.com
6  Email: mlauinger@gordonrees.com

7  Attorneys for Defendant
   T-Y Nursery, Inc.
8

9            **UNITED STATES DISTRICT COURT**

10           **SOUTHERN DISTRICT OF CALIFORNIA**

11  VICTOR GUERRERO, EUGENIO          ) No.  13CV3126 JM BGS
    AGUILAR PAZ, FIDEL RAYO          )
12  HERNANDEZ, ARMANDO               )
    BAHUMAN  GONZALEZ, and           ) JOINT MOTION TO EXTEND TIME
13  BALTAZAR MARTINEZ                ) FOR DEFENDANTS T-Y NURSERY,
                                     ) INC. AND STATEWIDE LABOR
14                                   ) CORPORATION TO RESPOND TO
              Plaintiffs,            ) PLAINTIFFS' SECOND AMENDED
15                                   ) COMPLAINT BY NO MORE THAN
          vs.                        ) 21 DAYS
16                                   )
                                     )
17  T-Y NURSERY, INC., STATEWIDE     )
    LABOR CORPORATION; and DOES      ) SAC Filed:  11/14/2014 (Doc. 30)
18  1-10, inclusive;                 ) Current Response Date: 12/01/2014
                                     ) New Response Date: 12/22/2014
19                                   )
              Defendants.            )
20                                   ) Judge: Jeffrey T. Miller
                                     )
21  _____ )

22

23

24  TO THE CLERK OF THE COURT, ALL PARTIES HEREIN AND THEIR

25  RESPECTIVE ATTORNEYS OF RECORD:

26      Plaintiffs Victor Guerrero, Eugenio Aguilar Paz, Fidel Rayo Hernandez,

27  Armando Bahuman Gonzalez, and Baltazar Martinez; and, Defendants T-Y

28  Nursery and Statewide Labor Corporation jointly request that the Court extend

-1-

the time for Defendants to respond to Plaintiffs' Second Amended Complaint based upon on the following:

1.      Plaintiffs' filed their Second Amended Complaint on November 14, 2014, adding an additional Plaintiff, Baltazar Martinez, and some additional factual allegations against Defendants T-Y Nursery and Statewide Labor Corporation.

2.       Defendants' responses to the Second Amended Complaint are currently due on December 1, 2014, which is the Monday after the Thanksgiving holiday.

3.      Counsel for Defendant Statewide Labor Corporation is currently handling a matter out of state and is traveling to and from Miami, Florida each week and is spending each business day in Miami until December 12, 2014. Miami.  Thus, he needs additional time to investigate the new allegations contained in Plaintiffs' Second Amended Complaint.

4.      Counsel for Defendant T-Y Nursery is preparing for trial set for December 10, 2014 and needs additional time to investigate Plaintiff Baltazar Martinez's allegations and the new factual allegations made by all Plaintiffs in order to respond to the Complaint.

5.      The Parties have agreed that Defendants may have a three week extension of time, until December 22, 2014, to file a response to the Second Amended Complaint.

//

//

//

//

//

//

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND
AMENDED COMPLAINT
CASE NO. 13CV3126 JM BGS

1    THEREFORE, in accordance with Local Rule 12-1, the Parties

2  respectfully request the Court grant this joint motion extending the time for

3  Defendants to file their responses to Plaintiffs' Second Amended Complaint not

4  more than 21 days or until December 22, 2014.

5

6  Dated:  November 26, 2014                    BUSH GOTTLIEB, A Law Corporation

7

8                                          By:  s/ Jason Wojciechowski

9                                               Jason Wojciechowski
                                                jasonw@BushGottlieb.com
10                                              Attorneys for All Plaintiffs:
                                                VICTOR GUERRERO, EUGENIO
11                                              AGUILAR PAZ, FIDEL RAYO
                                                HERNANDEZ, ARMANDO
12                                              BAHUMAN GONZALEZ,
                                                BALTAZAR MARTINEZ
13

14

15  Dated:  November 26, 2014                    GORDON REES LLP

16

17                                         By:   s/ Marita M. Lauinger

18                                               Christopher B. Cato
                                                 Marita M. Lauinger
19                                               Attorneys for Defendant
                                                 T-Y NURSERY, INC.
20                                               rmansukhani@gordonrees.com
                                                 ccato@gordonrees.com
21                                               mlauinger@gordonrees.com

22

23  Dated:  November 26, 2014                    RIVERA CARBONE, P.C.

24

25                                         By: s/Javier Rivera Carbone

26                                               Javier Rivera Carbone
                                                 Attorneys for Defendant
27                                               STATEWIDE LABOR CORP.
                                                 jrc@riveracarbone.com
28

-3-
JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND
AMENDED COMPLAINT
CASE NO. 13CV3126 JM BGS

1

## CERTIFICATION

2

3          I, Marita Murphy Lauinger, certify that the content of this document is

4   acceptable to all persons required to sign the document, and that those attorneys

5   indicated above have authorized me to affix their electronic signatures hereon.

6

7   Dated:  November 26, 2014                    s/ Marita M. Lauinger
                                                   Marita M. Lauinger (SBN: 199242)
8                                                  mlauinger@gordonrees.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND
AMENDED COMPLAINT

CASE NO. 13CV3126 JM BGS

1

## <u>CERTIFICATE OF E-FILE SERVICE</u>

2

3       I hereby certify that on November 26, 2014, a copy of the foregoing

4  document and all attachments were filed electronically.  Notice of this

5  filing will be sent by operation of the Court's electronic filing system to all

6  parties indicated on the electronic filing receipt.  All other parties will be

7  served by regular U.S. Mail as indicated below.  Parties may access this

8  filing through the Court's electronic filing system.

9       I declare under penalty of perjury under the laws of the United

10 States of America that the foregoing is true and correct and executed on

11 November 26, 2014, in the City of San Diego, California.

12

13                                          *Julie L. DeVercelly*
                                           Julie L. DeVercelly

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND
AMENDED COMPLAINT

CASE NO. 13CV3126 JM BGS