# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, EUGENIO AGUILAR PAZ, FIDEL RAYO HERNANDEZ, ARMANDO BAHUMAN GONZALEZ, and BALTAZAR MARTINEZ<br><br>Plaintiffs,<br><br>vs.<br><br>T-Y NURSERY, INC., STATEWIDE LABOR CORPORATION; and DOES 1-10, inclusive;<br>Defendants. | Case No. 13cv3126 JM(BGS)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS T-Y NURSERY, INC. AND STATEWIDE LABOR CORPORATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT BY NO MORE THAN 21 DAYS |

Presently before the Court is the parties' joint motion to extend time for Defendants to respond to Plaintiffs' Second Amended Complaint. Good cause appearing therefore, the parties' joint motion is hereby GRANTED. Accordingly, Defendants will have until December 22, 2014 to respond to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 1, 2014

Hon. Jeffrey T. Miller
United States District Judge

13cv3126